# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

KIRK DIONNE WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-457

———————————————

November 22, 2023

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.